Fred L. Fuhr, appellant, v. Richard A. Knowles et al., defendants. Richard A. Knowles et al., appellees.   Gen. No. 37,245.

Opinion filed October 16, 1934.   Rehearing denied October 29, 1934.

Castle, Williams, Long & McCarthy, for appellant; Emmett J. McCarthy and Robert R. Hanley, of counsel.   John Francis Mahan, for appellees.

Mr. Presiding Justice Gridley delivered the opinion of the court.

Augusta Anderson, appellee, v. Reliance Elevator Company and Victor R. Anderson, defendants.   Reliance Elevator Company, appellant.   Gen. No. 37,310.

Opinion filed October 16, 1934.   Rehearing denied and opinion slightly modified October 29, 1934.

John A. Bloomingston, for appellant.   John E. Owens, for appellee; Thomas L. Owens and Clyde C. Fisher, of counsel.

Mr. Presiding Justice Gridley delivered the opinion of the court.

Samuel Goodman, complainant, v. Sol K. Graff et al., defendants. Bessie Solomon, executrix of the estate of Joseph Solomon, deceased, appellant, v. Samuel Goodman et al., appellees.   Gen. No. 37,332.

Opinion filed October 16, 1934.

Louis I. Shapiro, for appellant.   Sonnenschein, Berkson, Lautmann, Levinson & Morse, for certain appellee; Henry L. Kohn, of counsel.

Mr. Presiding Justice Gridley delivered the opinion of the court.

Victor A. Dorsey and Company and Victor A. Dorsey for use of Eli H. Brown, Jr., appellees, v. Central Republic Trust Company, appellant.   Gen. No. 37,342.

Opinion filed October 16, 1934.

Arthur J. Hughes, for appellant; R. A. Bullinger and Joseph A. Greaves, of counsel.   Nat M. Kahn and Townley, Wild, Campbell & Clark, for certain appellees; Nat M. Kahn, Glenn G. Paxton and Richard C. Bleloch, of counsel.

Mr. Presiding Justice Gridley delivered the opinion of the court.